**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 21-8286-WM

UNITED STATES OF AMERICA

v.

JUAN CARLOS OROZCO-VALENZUELA,

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   No

Respectfully submitted,
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

BY: _/s/ Jennifer C. Nucci_____
JENNIFER NUCCI
Assistant United States Attorney
FLA Bar No.    171700
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 820-8711
Fax: (561) 820-8777
Email: Jennifer.Nucci@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>JUAN CARLOS OROZCO-VALENZUELA,<br><br>Defendant(s) | Case No. 21-8286-WM |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 24, 2021__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Illegal Re-Entry After Removal |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

HSI TFO Andy Korzen
Printed name and title

Sworn and attested to me by applicant via telephone (FaceTime) pursuant to Fed. Rule of Crim. Pro 4.1 and 4(d).

Date: July 21, 2021

_____
Judge's signature

City and state: West Palm Beach, FL

William Matthewman, US Magistrate Judge
Printed name and title

FILED BY KJZ D.C.
Jul 21, 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

**AFFIDAVIT**
**OF**
**ANDY KORZEN**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
**IMMIGRATION AND CUSTOMS ENFORCEMENT**

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with Homeland Security Investigations (HSI), and I am also a Deportation Officer with Immigration and Customs Enforcement (ICE) and have been so employed for over eighteen years. I am currently assigned to Homeland Security Investigations in West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge, as well as, information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation, but only those facts necessary to establish probable cause to believe that Juan Carlos OROZCO-VALENZUELA has committed the criminal offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a).

3. On or about February 24, 2021, Juan Carlos OROZCO-VALENZUELA was arrested in Palm Beach County, Florida for his failure to appear for an arraignment on misdemeanor offenses of driving under the influence and driving without a driver's license. He was booked and detained at the Palm Beach County Jail. On or about February 25, 2021, Juan Carlos OROZCO-VALENZUELA was released from custody after a surety bond was posted. On or about July 16, 2021, Juan Carlos OROZCO-VALENZUELA was remanded back into custody to complete his jail sentence.

4. A review of the immigration records show that Juan Carlos OROZCO-VALENZUELA is a native and citizen of Mexico. Records further show that on or about July 28, 2020, Juan Carlos OROZCO-VALENZUELA was ordered removed. The Order of Removal was executed on or about August 5, 2020, whereby Juan Carlos OROZCO-VALENZUELA was removed from the United States and returned to Mexico.

5. Juan Carlos OROZCO-VALENZUELA's fingerprints taken in connection with his February 24, 2021, arrest in Palm Beach County were scanned into the IAFIS system, the results of which confirmed that the scanned fingerprints belong to the individual who was previously removed from the United States, that is, Juan Carlos OROZCO-VALENZUELA.

6. A record check in the Computer Linked Application Informational Management System (CLAIMS) was performed to determine if Juan Carlos OROZCO-VALENZUELA filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Juan Carlos OROZCO-VALENZUELA obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

7. Based on the foregoing, I respectfully submit that probable cause exists to believe that, on or about February 24, 2021, Juan Carlos OROZCO-VALENZUELA, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney

General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Andy Korzen
Task Force Officer
Homeland Security Investigations

Sworn and attested to me by applicant via telephone (FaceTime) pursuant to Federal Criminal Rule of Procedure 4.1 and 4(d) on this _21st_ day of July, 2021.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

**Defendant's Name:** <u>JUAN CARLOS OROZCO-VALENZUELA</u>

**Case No.:** <u>21-8286-WM</u>

**Count # 1:**

<u>Illegal reentry after removal.</u>

*****Max. Penalty:** <u>2 Years Imprisonment; 1 Years Supervised Release; $250,000 Fine and $100 Special Assessment.</u>

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**